# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS WILSON,** | : No. 3:15cv249 |
| Plaintiff | : |
| | : (Judge Munley) |
| v. | : |
| | : |
| **MOUNT AIRY #1, LLC,** | : |
| Defendant | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 9th day of December 2015, defendant's motion for summary judgment (Doc. 21) is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The motion is **GRANTED** with respect to plaintiff's ADA and PHRA retaliation claims.  These claims are **DISMISSED** with prejudice.

2. The motion is **GRANTED** with respect to plaintiff's FMLA claims.  These claims are **DISMISSED** with prejudice.

3. The motion is **DENIED** in all other respects.

 **BY THE COURT:**


 **s/ James M. Munley**
 **JUDGE JAMES M. MUNLEY**
 **United States District Court**